### UNITED STATES COURT OF APPEALS
### FOR THE FIFTH CIRCUIT

_____

## No. 98-31273
### Summary Calendar
_____

**RONALD M. WALKER, ET AL.,**

**Plaintiffs,**

**RONALD M. WALKER,**

**Plaintiff-Appellant,**

**versus**

**UNITED STATES OF AMERICA, ET AL.,**

**Defendants,**

**UNITED STATES OF AMERICA,**

**Defendant-Appellee.**

_____

### Appeal from the United States District Court
### for the Eastern District of Louisiana
### (93-CV-2728-N)
_____

June 11, 1999

Before POLITZ, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:*

In contesting the adverse judgment on his action against the United States for damages claimed to result from his involuntary release from active military duty, Ronald M. Walker, a former Army Guard Reserve Officer, contends that neither the Federal Tort Claims Act nor the *Feres* doctrine, *see Feres v. United States*, 340 U.S. 135 (1950), preclude a claim for intentional infliction of

_____

*Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

emotional distress resulting from the alleged exercise of personal vendettas by his Army superiors against him; that the Administrative Procedures Act, 5 U.S.C. § 701, *et seq.*, required the district court to determine whether administrative findings were arbitrary and capricious; and that there are material fact issues regarding his total years of active federal service.

The district court stayed this action while Walker exhausted his extensive administrative remedies. After he did so, the district court granted the Government's motion to dismiss, or in the alternative, for summary judgment.

Pursuant to our review of the record and the briefs, we find no reversible error, essentially for the reasons stated by the district court in its detailed, extremely comprehensive, and well-reasoned opinion. *See Walker v. United States*, No. 93-2728 (E.D. La. Sept. 17, 1998), *available at* 1998 WL 637360.

*AFFIRMED*